

**UNITED STATES PROBATION AND PRETRIAL SERVICES**

# MEMORANDUM

**DATE:** August 26, 2014

**TO:** Honorable Jonathan W. Feldman
United States Magistrate Judge

**FROM:** Jillian Trahms
U.S. Probation Officer

**SUBJECT:** Eduardo Galan
6:13-M-00535

On August 25, 2014, defense counsel provided the court with a travel request for the defendant to travel to Mexico for his mother's 101st birthday celebration. The defendant would like to travel from October 23, 2014 to October 31, 2014. I spoke to Assistant U.S. Attorney John Field who indicated he does not have any objection to this travel request.

To date, the defendant has been in compliance with his court ordered conditions of release. It should be noted that the defendant has traveled to Mexico in the past while on pretrial supervision. Therefore, our office does not object to the defendant's travel.

THE COURT ORDERS:

☑ Travel Granted

☐ Travel Denied

☐ Other

_____
Signature of Judicial Officer

_____8/26/14_____
Date